Office of The Clerk United States Court of Federal Claims
717 Madison Ave NW Washington D.C. 20005
U.S. District Court for The Southern District of TX PO Box 61010 Houston
Texas 77208

Mark Johnson George WYATT
Plaintiffs

vs
against

State of Texas Hutchins State Jail
7000 E. Langdon Rd. Dallas TX. 75247

12-608 C

Complaint under Title 28 U.S.C.
Section 2780 Exception A, B, H, B, N, Fed.R.P BABCDEF Civil

1. Allegation of Jurisdiction
2. See Federal Rule of Civil procedure and Exception section A, B, N, and 3-4 Rule 8 C. Claim For Reliefs
3. The Reliefs for a person who bring a lawsuit Rule 64 Rule 65 Rule 66 Rule 67 Rule 68 Rule 69 Rule 70-71
4. The Plaintiffs is sue and claims damages and against all the defendants, in the sum of one Hundred Thousand dollars with Attorney Fees at the interest rate of 24% percent we are seeking money damages

Thus Done And Entered on this the 21 day of August 2012 A.D. G.W.
Mark Johnson Hutchins State Jail 7000 E. Langdon Rd. Dallas TX 75247

money
money may be deposited to the inmate accounts in the form of

  U.S. Currency
U.S. Post office money order.
Cashies Check of or Certified check issued by a bank
check from a County state or Federal law enforcement or correction agency
Any other type of a checks or money order will be handled as non-negotiable see section on mail
George forward a money order though the u.s. post office to Hutchin's state Jail unit to be deposited into inmate accounts are made at the Lobbying information Window in the unit Law 5 Everett Facility
The computer is on inactive three a day The inactive hours are 06:00 AM to 6:30 AM 02:00pm to 02:30pm 10:00pm to 11:45pm
We request that you or use that Check for an error
The offender Number TD cNo. the money order # 01705478 they took our money We is Sue and Claims damages against all defendants and respondents
in the sum of $100 Trillion dollars

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**CORRESPONDENCE / CONTRABAND DENIAL FORM**

NAME: JOHNSON, MARK  TDCJ-CID# 1785478
UNIT: HJ  DATE CORRESPONDENCE RECEIVED: 8/3/12  DATE OFFENDER NOTIFIED: 8/7/12

**CORRESPONDENCE:** TO OR FROM (Circle one) [FROM circled]

MR. GEO. WYATT JR
2235 MAUBERG ST.
DALLAS, TX 75215-4120

The above correspondence has been denied to you in accordance with BP-03.91, Uniform Offender Correspondence Rules

CHECK APPROPRIATE CAUSE OR CAUSES FOR DENIAL AND STATE APPROPRIATE REASON
☐ Content  ☒ Contraband  ☐ Enclosure  ☐ Package / Publication  ☐ Sealed Correspondence

DENIED - ITEM CONTAINS CONCEALED CONTRABAND (MONEY ORDER HIDDEN INSIDE RELIGIOUS TRACT). THERE IS NO DISPOSITION OF CONCEALED CONTRABAND. ITEM IS RETAINED BY THE STATE OF TEXAS. OFFENDER RECEIVES NOTHING.

**APPEAL:**
Should the offender decide to appeal the rejection of said correspondence/contraband, he/she must notify the Unit Mailroom **WITHIN TWO (2) WEEKS** of offender notification requesting that this correspondence/contraband and the rejection form be forwarded to the Director's Review Committee (DRC). Should persons outside the institution desire to appeal, submit by mail to the Director's Review Committee, PO Box 99, Huntsville, TX 77342-0099. The appeal must reach the DRC **WITHIN TWO (2) WEEKS** of the notification date listed above.

**Does offender wish to appeal the denial?** ☒ Yes  ☐ No   Mark Johnson  8/7/12
                                                          Offender Signature  Date

**DISPOSITION:** Offender should check the desired disposition.
☐ Destroy
☐ Send to the following person at the offender's expense: NA
                                                           Name and Address

Offender Signature & Date      Mailroom Representative Signature & Date  8/7/12

**UNIT DISPOSITION:** _____
                      Date              Employee's Signature

IF A DISPOSITION CHOICE IS NOT EXPRESSED AND EXECUTED OR LITIGATION HAS NOT BEGUN ON ITEMS BEING HELD FOR LITIGATION WITHIN SIXTY (60) DAYS OF THE INITIAL DENIAL OR FROM THE DRC DECISION DATE (IF APPEALED), THE ITEMS WILL BE DESTROYED.

**DISTRIBUTION:**
Original - Send to the DRC **IF THE OFFENDER WISHES TO APPEAL.** If not, keep on unit.
Gold - Unit Copy
Yellow - Offender Copy
Pink - Mail to sender/addressee of correspondence

☆ I-153 (Rev. 6/04)

State of Texas
County of Harris

Before me the undersigned authority appeared G. WYATT mark Johnson on the 21 day of August AD 2012 George W. and Who being by me duly sworn did depose and state on his oath the following

Title Judicatary and Judicial 1915 A E proceeding as is in Forma puper is Rule 8. ABCDEF. Rule 55C. Rule 69 Rule 64 Rules 65 Rule 66 Rule 67 Rule 68 Rule 69 Rule 70-71 Rule 3 Rule 4

We are seeking an injunction Reliefs on the merit Reliefs This civil Action be dismissed on the merits Rule 1917 We are enclose 5 dollars For a Writ certiorari out of inmate Trust Funds

My names is mark Johnson 0175478   George Wyatt 0333787
Please granting this Reliefs we are seeks

### Notary

Subscribed And Sworn To Before me on this 21 day of August AD 2012

PRO-Se George Wyatt JR.

### Certificate of services

I hereby Certify that this Copy was foregoing document was mail to Clerk of this Court on this is on 21 day of August AD 2012 G WYATT mark Johnson 2233 Marburg ST. Dallas TX 75215

United States District Court For The
Southern District of Houston Texas

Mark Johnson G. Wyatt
    Plaintiffs
        vs                                    Judgment
                                              Rule 55 ABC. Rule 69
State of Texas Hutchins State Jail
Defendants or Respondents

___

This action Came on for <trial> <hearing before the Courts Honorable John mean Judge presiding and the issues having been duly <trid tred> <heard and decision having been duly rendered

   it is ordered And Adjudged

That the Plaintiffs to recover of the defendant in The sum of $ one Hundred Trillion dollars with the interest rate of 24 % percent as provided by law and his costs of action and that the be dismissed on the merits  Rules 64 Rule 65 Rule 66 Rule 67 Rule 68 Rule 69 Rule 70 71 Rule 65.1 injunction Rule 8.

                                    Clerk Rule 69